Entered: March 9th, 2020
Signed: March 9th, 2020

**SO ORDERED**

THE HEARING REFERRED TO IN THIS ORDER IS SET FOR THURSDAY, MARCH 12, 2020 AT 1:00PM IN COURTROOM 2A. ANY RESPONSIVE PAPERS MUST BE FILED BY 10:00AM ON MARCH 12, 2020, WITH TWO COURTESY COPIES DELIVERED TO CHAMBERS CONTEMPORANEAOUSLY.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **THE LAW OFFICES OF JONATHAN S. RESNICK, LLC., a/k/a** | * | Case No. 20-12822 (Chapter 11) |
| **THE LAW OFFICES OF JONATHAN S. RESNICK, PLLC,** | * | |
| Debtor. | * | |

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **In re:** | * | |
| **THE LAW OFFICES OF PERRY A. RESNICK, LLC** | * | Case No. 20-12820 (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \*

**ORDER GRANTING EMERGENCY MOTION BY KRUNCHCASH, LLC TO SHORTEN TIME TO RESPOND TO MOTION OF KRUNCHCASH, LLC, FOR IMMEDIATE APPOINTMENT OF A CHAPTER 11 U.S. TRUSTEE OR ALTERNATIVELY TO CONVERT CHAPTER 11 CASE AND APPOINT A CHAPTER <u>7 TRUSTEE AND TO SCHEDULE EMERGENCY HEARING THEREON</u>**

Upon consideration of the Emergency Motion ("Motion") By Krunchcash, LLC To Shorten Time To Respond To Motion Of Krunchcash, LLC, For Immediate Appointment Of A Chapter 11 U.S. Trustee Or Alternatively To Convert Chapter 11 Case And Appoint A Chapter 7 Trustee ("Trustee Motion") And To Schedule Emergency Hearing Thereon, and any response thereto, and this Court finding that sufficient cause exists to shorten the time to respond to the Trustee Motion and to schedule an emergency hearing thereon, it is, by the United States Bankruptcy Court for the District of Maryland, pursuant to *Fed. R. Bankr. P.* 9006, hereby ORDERED

 (a) That the Motion be, and hereby is, GRANTED; and it is further ORDERED

 (b) That a hearing on the Trustee Motion is hereby scheduled for the date and time set forth above; and it is further ORDERED

 (c) That any response to the Trustee Motion shall be filed on or before the date of the hearing scheduled above.

cc: Lisa Bittle Tancred, Esq.
  Gebhardt & Smith LLP
  One South Street – Suite 2200
  Baltimore, Maryland 21202-3281

  Gabriel Berg, Esq.
  Kennedy Berg LLP
  401 Broadway, Suite 1900
  New York, New York

  Jonathan S. Resnick, Esq.
  3655-A Old Court Road, Suite 1
  Pikesville, MD 21230

  Philip Tucker Evans, Esq.
  Jessica Lynn Farmer, Esq.
  Holland & Knight, LLP
  800 17th Street, N.W. Suite 1100
  Washington, DC 20006

**END OF ORDER**

2