## UNITED STATES BANKRUPTCY COURT

_____ District of _____ Maryland (Baltimore) _____

In re __The Law Offices of Jonathn S. Resnick, LLC__   Case No. __20-12822__

　　　　　Debtor　　　　　　　　　　　　　　　　Chapter __11__

### MOTION FOR PROTECTIVE ORDER

Now comes Louis J Glick in proper person and respectfully represents unto this Honorable Court as follows:

1. To Quash the summons issued for a Rule 2004 examination, tentatively scheduled for October 29, 2020, and for reasons said:
2. That documents requested create an undue burden on this person.
3. That Louis J Glick has in storage more than 40 Banker Boxes of materials covering the period January 1, 2018 to present.
4. That Louis J Glick is in the process of retiring from the Practice of Law and has no full time staff to assist him and in addition he suffers from Glaucoma which significantly impairs his eye sight and he had hip replacement surgery in June 2020 which significantly impairs his ability to move around and retrieve documents.
5. That in addition to the more than 40 Banker Boxes mentioned in the above embellished paragraph, he would estimate there are an additional 100 files if not more were that left in the current trustees office, once the cases were closed I have no access to those cases.
6. That an additional approximately 70 cases are currently being actively pursued by the Trustee and his Attorney for which I have no access.
7. That in addition, I contend that the files previously referred to are subject to the Attorney-Client privilege and are not discoverable.
8. That last but not least, I have entered into a full settlement with Krunch Cash, LLC., the major creditor involved re: the Bankruptcy re: Jonathan Resnick.

Having fully responded to the summons your deponent requests that this Honorable Court quash it.

_____
Louis J Glick
4001 Old Court Road
Unit 118
Pikesville, MD., 21208
Phone: 410-486-7542
louisjglick@gmail.com

## UNITED STATES BANKRUPTCY COURT

_____District of_____Maryland (Baltimore)___

In re  The Law Offices of Jonathn S. Resnick, LLC   Case No.  20-12822
        Debtor                                           Chapter  11

### CERTIFICATE OF MAILING

Patricia B Jefferson, Esquire
Counsel to the Chapter 11 Trustee
100 Light Street  10th Floor
Baltimore, MD., 21202

Zvi Guttman, Esquire
Trustee
P.O. Box 32308
Baltimore, MD., 21282


D'Amore Personal injury Law, LLC
888
Bestgate Road, Suite 205
Annapolis, MD., 21401

Law Office of Gwen-Marie Davis Hicks, LLC
7749 Valley Oak Drive
Elkridge, MD., 21075
Attn:  Gwen-Mark Davis, Resident Agent

Gwen-Marie Davis Hicks
4200 Parliament Place, Suite 510
Lanham, MD., 20706

Paul N. Hollifield, Esquire
7 Ansari Court
Baldwin, MD., 21013

Ryan P. Palmer, Esquire
t/a RPPLAW
1913 St. Paul Street, Suite 100
Baltimore, MD., 21218

Frederick Cook. Esquire
Fredlaw, LLC
121 Archer Street
Bel Air, MD., 21014

I hereby certify that on the ___13th___ Day of ___October___, 2020, a copy of the above motion and order was mailed to those listed above.

_____
Louis J Glick
4001 Old Court Road
Unit 118
Pikesville, MD., 21208
Phone:  410-486-7542
louisjglick@gmail.com