# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **20–12822 – NVA**   Chapter: **11**

**The Law Offices of Jonathan S. Resnick, LLC**
**and**
**Law Offices of Perry A. Resnick, LLC**
Debtors

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 2/3/21 at 02:30 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

256 – Motion for Protective Order to Quash Summons Issued for a Rule 2004 Examination Filed by Louis J. Glick . (Attachments: # 1 Proposed Order) (Aure, Lia) Additional attachment(s) added on 10/15/2020 (Aure, Lia).

267 – Opposition on behalf of Zvi Guttman Filed by Emily Devan (related document(s)256 Motion for Protective Order filed by Interested Party Louis J. Glick). (Attachments: # 1 Exhibit A) (Devan, Emily)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/25/20

                                                       Mark A. Neal, Clerk of Court
                                                       by Deputy Clerk, Brenda Wolfe

Form ntchrgmdb (rev. 06/08/2020)