IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: The Law Offices of Jonathan S. Resnick, LLC and The Law Offices of Jonathan S. Resnick, PLLC and The Law Offices of Perry A. Resnick, PLLC<br><br>Debtor(s). | Bankruptcy Case No:<br><br>20-12822-NVA<br><br>Chapter 11 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Respectfully Submitted,

Dated: March 6, 2025

/s/ *Omnia A. Shedid*
Omnia A. Shedid
(Fed. Bar No.: 31415)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
omnia.a.shedid@usdoj.gov
Attorney for the United States Trustee

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 6, 2025 a copy of the foregoing Notice was mailed first-class, postage prepaid to:

Darcell L. Atkinson
3627 Courtleigh Dr
Randallstown, MD 21133

Gabriel Berg
KENNEDY BERG LLP
401 Broadway Suite 1900
New York, NY 10013

Louis J. Glick
4001 Old Court Road
Unit 118
Pikesville, MD 21208

Joe M. Grant
Marshall Grant, PLLC
197 South Federal Highway
Suite 200
Boca Raton, FL 33432

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282

Law Offices of Perry A. Resnick, LLC
1600 Bush St
Baltimore, MD 21230

Michelle Cohen Levy
4400 N. Federal Highway
Lighthouse Point, FL 33064

Nicole Testa Mehdipour
Law Office of Nicole Testa Mehdipour, PA
200 East Broward Blvd., Ste. 1110
Fort Lauderdale, FL 33301

Larry Strauss
Larry Strauss Esq. CPA & Associates
2310 Smith Ave.
Baltimore, MD 21209

The Law Offices of Jonathan S. Resnick, LLC
3655A Old Court Road
Suite 1
Baltimore, MD 21208

The Law Offices of Jonathan S. Resnick, PLLC
3655A Old Court Road, Ste. 1
Baltimore, MD 21208

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Michael E. Blumenfeld   Michael.blumenfeld@nelsonmullins.com, aly.mcginnis@nelsonmullins.com; robert.ours@nelsonmullins.com; dylan.trache@nelsonmullins.com
- Shawn P. Cavenee   scavenee@rwclawyers.com, cremus@gordonsimmons.com
- John J. Cord   jcord@charmcitylawyer.com
- Emily Devan   edevan@milesstockbridge.com
- Raymond E. DiBiagio   ray@rdlaws.com
- Jeffrey L. Friedman   jeff@friedmanlaw.net
- Richard Marc Goldberg   rmg@shapirosher.com, ejd@shapirosher.com
- Alan M. Grochal   agrochal@tydingslaw.com, scalloway@tydings.com
- Zvi Guttman   zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com
- Zvi Guttman   zguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
- Richard J Hackerman   Richard@RichardHackerman.com, 6923530420@filings.docketbird.com; Hackerman.RichardR106256@notify.bestcase.com
- William S. Heyman   wheyman@heymanfirm.com
- Jeff Jerome Hines   jjh@gdldlaw.com, dxd@gdldlaw.com
- Catherine Keller Hopkin   chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- Patricia B. Jefferson   pjefferson@milesstockbridge.com
- Katherine A. (UST) Levin   Katherine.A.Levin@usdoj.gov, amy.busch@usdoj.gov

- 3 -

- Michael J. Lichtenstein   mjl@shulmanrogers.com, tlockwood@shulmanrogers.com; nlawal@shulmanrogers.com
- Jeffrey P. Nesson   nessonbankrp@gmail.com, mdbkcourt@gmail.com; r46096@notify.bestcase.com
- Craig Palik   cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- Robert B Schulman   rbs@shg-legal.com, kdevor@shg-legal.com
- Aryeh E. Stein   astein@meridianlawfirm.com, aryehsteinecf@gmail.com; steinar93219@notify.bestcase.com
- Nicholas Adam Szokoly   nick.szokoly@murphyfalcon.com
- Justin Tepe   justin@tepe-law.com, ldooley@bakerdonelson.com
- US Trustee - Baltimore   USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

/s/ *Christina Schruefer*
Christina Schruefer