United States Bankruptcy Court
District of Maryland

In re:                                                                                              Case No. 20-12822-NVA

The Law Offices of Jonathan S. Resnick,                                                             Chapter 11

The Law Offices of Jonathan S. Resnick,

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: odsctr | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Law Offices of Jonathan S. Resnick, LLC, 3655A Old Court Road, Suite 1, Baltimore, MD 21208-3959 |
| jadb | + Law Offices of Perry A. Resnick, LLC, 1600 Bush St, Baltimore, MD 21230-2021 |
| jadb | + The Law Offices of Jonathan S. Resnick, PLLC, 3655A Old Court Road, Ste. 1, Baltimore, MD 21208-3959 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2025                  Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan M. Grochal | agrochal@tydingslaw.com  scalloway@tydings.com |
| Aryeh E. Stein | astein@meridianlawfirm.com  aryehsteinecf@gmail.com,steinar93219@notify.bestcase.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com  pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Craig Palik | cpalik@mhlawyers.com  cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: odsctr | Total Noticed: 3 |

Emily Devan
    edevan@milesstockbridge.com

Jeff Jerome Hines
    jjh@gdldlaw.com dxd@gdldlaw.com

Jeffrey L. Friedman
    jeff@friedmanlaw.net

Jeffrey P. Nesson
    nessonbankrp@gmail.com mdbkcourt@gmail.com,r46096@notify.bestcase.com

John J. Cord
    jcord@charmcitylawyer.com

Justin Tepe
    justin@tepe-law.com ldooley@bakerdonelson.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael E. Blumenfeld
    Michael.blumenfeld@nelsonmullins.com
    aly.mcginnis@nelsonmullins.com,robert.ours@nelsonmullins.com,dylan.trache@nelsonmullins.com

Michael J. Lichtenstein
    mjl@shulmanrogers.com tlockwood@shulmanrogers.com,nlawal@shulmanrogers.com

Nicholas Adam Szokoly
    nick.szokoly@murphyfalcon.com

Omnia Shedid
    omnia.a.shedid@usdoj.gov

Patricia B. Jefferson
    pjefferson@milesstockbridge.com

Raymond E. DiBiagio
    ray@rdlaws.com

Richard J Hackerman
    Richard@RichardHackerman.com 6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com

Richard Marc Goldberg
    rmg@shapirosher.com ejd@shapirosher.com

Robert B Schulman
    rbs@shg-legal.com kdevor@shg-legal.com

Shawn P. Cavenee
    scavenee@rwclawyers.com cremus@gordonsimmons.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

William S. Heyman
    wheyman@heymanfirm.com

Zvi Guttman
    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 24

Entered: July 8, 2025
Signed: July 8, 2025

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **20−12822 − NVA**   Chapter: **11**

**The Law Offices of Jonathan S. Resnick, LLC**
and
**Law Offices of Perry A. Resnick, LLC**
Debtors

### ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee − Zvi Guttman
      U.S. Trustee

**End of Order**

odsctr − LisaLAAlexander